No. 88–1556. CALVO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–6100. VILLARRUBIA *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6177. GARDNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–6265. CARLSON ET UX. *v.* COUNTY OF HENNEPIN, MINNESOTA, ET AL. Ct. App. Minn. Certiorari denied.

No. 88–6294. OLIVER ET UX. *v.* MERCHANTS & FARMERS BANK, MACON, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 88–6305. WARTHEN *v.* BAKER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–6306. WARTHEN *v.* DUNSMORE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–6333. PRESTON *v.* ODEA, WARDEN. Ct. App. Ky. Certiorari denied.

No. 88–6368. VU DOC GUONG *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–6385. EVANS *v.* HATHAWAY, SHERIFF, CADDO PARISH, ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6387. GOODEN *v.* ROBERTS. C. A. 8th Cir. Certiorari denied.

No. 88–6394. RENGIFO, AKA CASTRO *v.* UNITED STATES;
No. 88–6443. GONZALEZ *v.* UNITED STATES; and
No. 88–6447. GONZALES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–6418. VAN LEEUWEN ET VIR *v.* MCCORKINDALE ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–6435. DICKERSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–6477. ESCOBALES *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.